IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| **GARY BAILEY,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | **CASE NO:** |
| | : | **7:24-cv-66-WLS** |
| **PILOT TRAVEL CENTERS, LLC,** *et al.,* | : | |
| | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER

Before the Court is the Consent Motion for Telephone Conference or Video Conference (Doc. 17) ("Motion") filed by counsel for Plaintiff, and consented to by all parties. Therein, the parties request that the Court allow the Initial Scheduling/Discovery Conference scheduled for Tuesday, March 25, 2025, to be conducted via telephonic or web video conferencing in lieu of in-person appearance. For the reasons stated in the Motion, the Court finds that good cause has been shown to reschedule the conference via video conferencing.

Accordingly, the Motion (Doc. 17) is **GRANTED**. A separate order will be entered rescheduling the Initial Scheduling/Discovery Conference via video conferencing.

**SO ORDERED**, this 28th day of March 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1